1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANGELICA M. ALCALA,

                    Plaintiff,

          v.

CONVERGENT OUTSOURCING, INC., a
foreign corporation; and DOES 1 to 10,
inclusive,

                    Defendant.

Case No.  5:13-cv-05168 HRL

**ORDER TO SHOW CAUSE RE
SETTLEMENT**

        Plaintiff having advised that this case has settled, all previously scheduled deadlines and

appearances are vacated.

        **On or before February 7, 2014**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P.

41(a).  If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th

Floor of the United States District Court, 280 South First Street, San Jose, California on **February

18, 2014, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to

Fed. R. Civ. P. 41(a).  Additionally, plaintiff shall file a statement in response to this Order to

Show Cause no later than **February 11, 2014**, advising as to (1) the status of the activities of the

parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize

the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause

hearing will be automatically vacated and plaintiff need not file a statement in response to this

1    Order.

2        **SO ORDERED**.

3    Dated:  December 17, 2013

4    _____

5    HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

2

5:13-cv-05168-HRL Notice has been electronically mailed to:

G. Thomas Martin , III    tom@plglawfirm.com, cpservice@pricelawgroup.com

United States District Court
Northern District of California