PRICE LAW GROUP, APC
G. Thomas Martin, III (SBN 218456)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
tom@plglawfirm.com

Attorney for Plaintiff
ANGELICA M. ALCALA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA M. ALCALA,<br><br>         Plaintiff,<br><br>     vs.<br><br>CONVERGENT OUTSOURCING, INC., a foreign corporation; and DOES 1 to 10, inclusive,<br>         Defendant(s). | Case No.:  5:13-cv-05168-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41a(1), Plaintiff, ANGELICA M. ALCALA, by and though her attorney, hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: January 7, 2014                              RESPECTFULLY SUBMITTED,

                                                          By:   /s/ G. Thomas Martin, III
                                                          G. Thomas Martin, III
                                                          *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, CONVERGENT OUTSOURCING, INC., at the address stated below, and deposited said envelope in the United States mail.

CONVERGENT OUTSOURCING, INC.
800 S.W. 39th Street
Renton, Washington 98057

                                     By:   /s/ G. Thomas Martin, III
                                           G. Thomas Martin, III